USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/4/18

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :
                                  :
          - v. -                  :   SEALED INDICTMENT
                                  :
MADARS JANKEVICS and              :   S11 16 Cr. 692 (JMF)
IVARS OZOLS,                      :
                                  :
               Defendants.        :
- - - - - - - - - - - - - - - - x

## COUNT ONE

**(Conspiracy to Commit Wire Fraud and Bank Fraud)**

The Grand Jury charges:

1. From at least in or about February 2017, up to and including the present, in the Southern District of New York and elsewhere, MADARS JANKEVICS and IVARS OZOLS, the defendants, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit wire fraud, in violation of Title 18, United States Code, Section 1343, and bank fraud, in violation of Title 18, United States Code, Section 1344.

2. It was a part and object of the conspiracy that MADARS JANKEVICS and IVARS OZOLS, the defendants, and others known and unknown, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses,

representations, and promises, would and did transmit and cause to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1343.

3.   It was a further part and object of the conspiracy that MADARS JANKEVICS and IVARS OZOLS, the defendants, and others known and unknown, willfully and knowingly, would and did execute, and attempt to execute, a scheme and artifice to defraud a financial institution, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, such financial institution, by means of false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344.

## Overt Act

4.   In furtherance of the conspiracy and to effect the illegal objects thereof, the following overt act, among others, was committed in the Southern District of New York:

   a.   On or about February 23, 2017, MADARS JANKEVICS, the defendant, opened a bank account at a branch of a bank whose deposits are insured by the Federal Deposit Insurance

Corporation in Manhattan, New York in the name of a shell company controlled by JANKEVICS and his co-conspirators.

(Title 18, United States Code, Section 1349.)

## COUNT TWO

### (Conspiracy to Commit Money Laundering)

The Grand Jury further charges:

5.  From at least in or about January 2016, up to and including the present, in the Southern District of New York and elsewhere, MADARS JANKEVICS and IVARS OZOLS, the defendants, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to commit money laundering, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

6.  It was a part and an object of the conspiracy that MADARS JANKEVICS and IVARS OZOLS, the defendants, and others known and unknown, in an offense involving and affecting interstate and foreign commerce, knowing that the property involved in a financial transaction represented the proceeds of some form of unlawful activity, would and did conduct and attempt to conduct such a financial transaction which in fact involved the proceeds of specified unlawful activity, to wit, the wire fraud and bank fraud conspiracy charged in Count One of this Indictment, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, the

location, the source, the ownership, and the control of the proceeds of the specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

(Title 18, United States Code, Section 1956(h).)

## FORFEITURE ALLEGATION

7. As a result of committing the offense alleged in Count One of this Indictment MADARS JANKEVICS and IVARS OZOLS, the defendants, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2), any and all property, real or personal, which constitutes or is derived from proceeds obtained directly or indirectly as a result of the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

8. As a result of committing the offense alleged in Count Two of this Indictment, MADARS JANKEVICS and IVARS OZOLS, the defendants, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any and all property, real or personal, which constitutes or is derived from proceeds obtained directly or indirectly as a result of the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

4

**SUBSTITUTE ASSET PROVISION**

9. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described above.

(Title 18, United States Code, Sections 981 and 982; Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461.)

FOREPERSON

GEOFFREY S. BERMAN
United States Attorney

5

Form No. USA-33s-274 (Ed. 9-25-58)

---

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

**UNITED STATES OF AMERICA**

v.

**MADARS JANKEVICS and
IVARS OZOLS,**

Defendants.

---

### SEALED INDICTMENT

S11 16 Cr. 692 (JMF)

(18 U.S.C. §§ 1349 and 1956(h))

GEOFFREY S. BERMAN
United States Attorney

_____
Foreperson

---

4/4/18 - Filed Sealed Indictment
a/w issued

J Pitman
USMJ