ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5500

April 20, 2020

**VIA ECF**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. The Clerk of Court
is directed to terminate Doc. #467. SO
ORDERED.

April 20, 2020

    Re:  United States v. Madars Jankevics
        16 Cr. 692 (JMF)

Dear Judge Furman:

    I represented Mr. Madars Jankevics in the above referenced
matter. An associate of my firm, Rachel Perillo expended a total
of 22.4 hours assisting me in this matter. Much of that time
involved work in corresponding with the client's wife and
working on his sentencing submission.

    Therefore, it is respectfully requested that your Honor
approve payment at an hourly rate of $110.00 for associate time
spent representing Mr. Jankevics in this matter.  Thank you very
much.

Sincerely,

Jeremy Schneider (SC)

Jeremy Schneider

JS/sc